UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                        )
HENRY SIAZON CARGO,                     )
JAMES ALLEN DEVINE,                     )
                                        )
    Plaintiffs,                         )
                                        )
v.                                      )   Case No. 1:20-cv-2404
                                        )
FRAMACO INTERNATIONAL,                  )   JURY TRIAL DEMANDED
PAUL KACHA,                             )
FRAMACO PHILIPPINES INC.,               )
                                        )
    Defendants.                         )
_____)

**ORDER**

Pursuant to the Stipulation of the Parties to voluntarily dismiss Plaintiff James Devine from the above-captioned lawsuit without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is, this __11__ day of February 2021, hereby ORDERED that:

Plaintiff James Devine is hereby voluntarily dismissed without prejudice as a party plaintiff.

    **SO ORDERED**.

DATED: New York, New York

    February 11
_____, 2021

The Clerk is instructed to terminate Plaintiff James Devine and reform the caption accordingly.

    /s/
_____
ALVIN K. HELLERSTEIN
United States District Judge