Gdanski Law PC
Attorneys at Law
Sam Zalman Gdanski
517 Forest Ave
Teaneck, New Jersey 07666
Cell: (914) 589-0015
E-Mail: samgdanski@gdanski.com

March 16, 2021                                     **MEMORANDUM ENDORSEMENT**

<u>*VIA Electronic filing*</u>

Honorable Judge Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York

   Re: Henry Cargo v. Framaco International Inc. et al.
     Case # 1:20-cv-02404

Honorable Judge Gabriel W. Gorenstein:

We are the attorneys for the defendants Framaco International Inc., Framaco Philippines Inc. and Paul Kacha in the above-referenced action. We write this letter motion seeking an adjournment of the settlement conference currently scheduled for March 29, 2021 at 10:00 am.

March 29th coincides with the second day of Passover which our office observes, and we therefore ask for the adjournment. Pursuant to your rules we contacted chambers and agreed on April 1, 2021 at 10:00 am for the new conference date.

Counsel for Plaintiff consents to this motion and is copied on this letter and he has also agreed on the April 1 date.

**Conference adjourned to April 1, 2021 at 10:00 am. Submissions due March 26, 2021.**

                       Very truly yours,

**So Ordered.**

*/s/ Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**March 16, 2021**

                       Sam Z Gdanski

Copy: Eric Seigel, Esq. (counsel for Plaintiff)